## JOHNSON v. STATE. (No. 6937.)

(Court of Criminal Appeals of Texas. April 12, 1922.)

Appeal from District Court, Cherokee County; L. D. Guinn, Judge.

Silvester Johnson was convicted of murder, and he appeals. Appeal abated.

R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Since this appeal was filed, appellant has concluded that he wishes to withdraw same, and his affidavit in due form apprising us of such desire has been duly filed with the record. The application to withdraw this appeal is granted, and an abatement thereof accordingly ordered.

## JOHNSON v. STATE. (No. 6938.)

(Court of Criminal Appeals of Texas. April 12, 1922.)

Appeal from District Court, Cherokee County; L. D. Guinn, Judge.

Silvester Johnson was convicted of murder, and he appeals. Appeal dismissed.

R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Conviction is for murder; punishment assessed at confinement in the penitentiary for a period of 47 years.

Before us is the affidavit of the appellant requesting the dismissal of his appeal.

The request is granted, and the appeal is dismissed.

## KARELS v. STATE. (No. 6860.)

(Court of Criminal Appeals of Texas. March 8, 1922. Rehearing Denied April 26, 1922.)

Appeal from District Court, Falls County; Prentice Oltorf, Judge.

Henry Karels was convicted of manufacturing intoxicating liquor, and he appeals. Affirmed.

Frank Oltorf, of Marlin, for appellant.
R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the district court of Falls county of the offense of manufacturing intoxicating liquor, and his punishment fixed at one year in the penitentiary.

The record is before us without bills of exception or statement of facts. The indictment is in correct form for charging the offense named, and the charge of the court presents the law applicable thereto.

No error appearing, the judgment of the trial court will be affirmed.

## SLOAN v. STATE. (No. 6891.)

(Court of Criminal Appeals of Texas. April 12, 1922.)

Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge.

Abe Sloan was convicted of assault, and he appeals. Affirmed.

E. T. Branch, Dist. Atty., of Houston, and R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the criminal district court of Harris county of the offense of assault with intent to rape, and his punishment fixed at 50 years in the penitentiary.

The record is before us without statement of facts or bills of exception. The indictment follows the regular forms for charging this offense, and the instructions given to the jury by the court seem to be in conformity with the law.

No error appearing in the record, an affirmance is ordered.

## WALTON et al. v. MARTIN et al. (No. 6750.)

(Court of Civil Appeals of Texas. San Antonio. April 26, 1922.)

Appeal and error ⟐⟐787 — Appeal dismissed where no assignments or briefs filed within one year.

Where no motion for a new trial was made and no assignments of error or briefs have been filed, although the record had been on file for a year, an appeal will be dismissed for want of prosecution.

Appeal from District Court, Erath County; J. B. Keith, Judge.

Action by Mary Martin and husband against J. C. Walton and others. Judgment for plaintiffs, and defendants appeal. Appeal dismissed.

FLY, C. J. Mrs. Martin, joined by her husband, W. W. Martin, sued J. C. Walton, John Phœnix Oil Association, a joint-stock unincorporated association, said Walton, R. J. Burns, B. I. Maron, and A. B. Lueder as its trustees, and the Phœnix Petroleum Company, for damages growing out of an oil lease of certain land in Erath county. The court rendered a judgment in favor of appellees as against the John Phœnix Oil Association, the Phœnix Petroleum Company, and their trustees, J. C. Walton, R. J. Burns, and B. I. Maron, and A. B. Lueder having died was dismissed from the suit.

No motion for a new trial was made, nor assignments of error filed. No briefs have been filed in this court, although the record has been on file for a year. The cause is dismissed for want of prosecution.

⟐⟐For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes